IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

DARYL CRUSOE,

    Defendant(s).

Case No. 3:06-cr-157

Judge Walter Herbert Rice

## ORDER RELEASING DEFENDANT DARYL CRUSOE

The defendant having been remanded to the custody of the United States Marshal on 12/19/2012 pursuant to Oral Order of this court, it is the order of this Court that the defendant, Daryl Crusoe, be released.

The U.S. Marshal is directed to release the defendant Daryl Crusoe.

IT IS SO ORDERED.

December 20, 2012

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record
United States Marshall Service