**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA.,

        **Plaintiff,**

-vs-                              Case No. 3:06-CR-157

**DARYL ANTHONY CRUSOE,**

        **Defendant.**

---

**ORDER TRANSFERRING CASE**

---

The above captioned matter is hereby TRANSFERRED from the docket of The Honorable Thomas M. Rose, to the docket of The Honorable Walter Herbert Rice.

**DONE** and **ORDERED** in Dayton, Ohio, this 25th day of January, 2013.

_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT